IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3120-2 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ARENA ADANANDUS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant remains indigent and in need of non-custodial transportation and subsistence for travel from Lincoln, Nebraska to Oakland, California. Accordingly,

IT IS ORDERED:

1) The defendant's oral motion for transport is granted.

2) The U.S. Marshal shall provide non-custodial transportation and subsistence only during the period of travel for defendant to travel from Lincoln, Nebraska to Oakland, California following her sentencing scheduled in Lincoln, Nebraska on May 23, 2011 at 10:30 a.m.

DATED this 23rd day of May, 2011.

BY THE COURT:

*s/ Warren K. Urbom*
Warren K. Urbom
United States Senior District Judge